UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                                                   1:08cr389-WS

EDMOND HUDMOND SMITH, IV,                    1:10cv703-WS/WCS
a/k/a "Eddie,"
       Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 95) docketed August 17, 2011. The magistrate judge recommends that the defendant's second amended section 2255 motion (doc. 87) be denied. The defendant has filed objections (doc. 96) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 95) is adopted and incorporated by reference in this order of the court.

2. The defendant's second amended section 2255 motion (doc. 87) is DENIED with prejudice.

3. A certificate of appealability shall not issue because the defendant has not made a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this __21st__ day of __September__, 2011.

                                                      s/ William Stafford
                                                      WILLIAM STAFFORD
                                                      SENIOR UNITED STATES DISTRICT JUDGE